UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JERALD BOITNOTT, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>BED BATH & BEYOND, INC.,<br><br>      Defendant. | Case No. 0:19-cv-00722-PJS-BRT |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff hereby voluntarily dismisses this action.

2

Dated: May 2, 2019   Respectfully submitted,

THRONDSET MICHENFELDER, LLC

*/s/ Patrick W. Michenfelder*
Patrick W. Michenfelder
Chad Throndset
Cornerstone Building
One Central Avenue West, Suite 203
St. Michael, MN  55376
Tel.: 763-515-6110
pat@throndsetlaw.com
chad@throndsetlaw.com


CARLSON LYNCH LLP

*/s/ R. Bruce Carlson*
R. Bruce Carlson
Kelly K. Iverson
Bryan A. Fox
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel.: 412-322-9243
bcarlson@carlsonlynch.com
kiverson@carlsonlynch.com
bfox@carlsonlynch.com


*Attorneys for Plaintiff*